℀ AO 199A      (Rev. 6/97) Order Setting Conditions of Release                                              Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT

| Eastern | **District of** | California |
|---|---|---|

United States of America

**ORDER SETTING CONDITIONS
OF RELEASE**

V.

SNEHA RAMESH MOHAMMADI  (4)

Case Number:  **1:11-cr-00026 LJO**

Defendant

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)  The defendant shall immediately advise the court and defense counsel in writing before any change in address and telephone number.

(3)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as

directed.  The defendant shall appear at (if blank, to be notified)  United States District Court, 2500 Tulare Street,

Place

Fresno, California  93721          on                    2/11/2011 9:00 am

Date and Time

before U.S. District Lawrence J. O'Neill (7th Floor, Courtroom #4).  Prior to your hearing check-in at the U.S. Marshals Office on the 3rd floor for fingerprinting and photo processing.

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

(      )  (4)  The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(      )  (5)  The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($ _____ )

in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

# (Defendant is ordered to appear.)

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

**MOHAMMADI, Sneha**
**Dkt. No. 1:11CR00026**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

( )     (6)    The defendant is placed in the custody of:

           Name of person or organization

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

             SIGNED: _____
                  **CUSTODIAN OR PROXY**

(X)    (7)    The defendant shall:

    (X)    (a)    maintain or actively seek employment, and provide proof thereof to the PSO, upon request.

    (X)    (b)    abide by the following restrictions on his personal associations, place of abode, or travel:
                Reside at a residence approved by the PSO, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to the Eastern District of California, unless otherwise approved in advance by PSO.

    (X)    (c)    avoid all contact with any named co-defendants, unless in the presence of counsel or otherwise approved in advance by the PSO.

    (X)    (d)    report on a regular basis to the following agency:
                Pretrial Services and comply with their rules and regulations.

    (X)    (e)    executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: A $100,000 unsecured bond signed by Kenneth Clifton or Christine Clifton to be replaced by a $100,000 property bond secured by equity in property owned by Kenneth Clifton or Christine Clifton by the close of the business day on February 4, 2011.

    (X)    (f)    surrender any passport to the Clerk, United States District Court, prior to your release from custody.

    (X)    (g)    obtain no passport during the pendency of this case.

    (X)    (h)    report in person to the Pretrial Services Agency on the first working day following your release from custody.
                Call 1-800-786-0768 to make an appointment.

(Copies to:  Defendant, US Attorney, US Marshal, Pretrial Services)

AO 199C    (Rev.12/03) Advice of Penalties ...                                              Page  3  of  3  Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:                          CASE NUMBER:  1:11-cr-00026 LJO

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

1/21/2011
_____
Date

606-205-1229
_____
Telephone

## Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date:          1/21/2011                        _____
                                                Signature of Judge

                                                Jennifer L. Thurston, U.S. Magistrate Judge
                                                Name and Title of Judge

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL