CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-734-0867
carl.faller@fallerdefense,com

Attorney for Defendant
SNEHA MOHAMMEDI and
MICHAEL MUNOZ

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.:  1:11-cr-00026 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| vs. | ) HEARING RE: CONFLICT |
| SNEHA MOHAMMEDI, et al., | ) Date: March 18, 2011 |
| | ) Time:  9:00 am |
| Defendants. | ) Honorable Lawrence J. O'Neill |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

A hearing in this matter is currently set for March 18, 2011 at 9:00 am., regarding a possible conflict in defense counsel's representation of defendants Sneha Mohammedi and Michael Munoz.

By agreement of the parties, it is requested that the hearing be continued until April 1, 2011 at 9:00 am.

The reason for this request is that counsel for defendants completed a trial in Tulare County Superior Court at the end of February and counsel's first day back in the office was March 1, 2011.  Defense counsel needs additional time to confer with the clients and to consult independent counsel to reach a determination on the conflict issue.  The length of the requested continuance will allow sufficient time to make that determination.

1  It is further stipulated that the time between March 18, 2011 and April 1, 2011 shall be
2 excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and
3 (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow the defense
4 counsel sufficient time to research the issues concerning possible conflict, to consult independent
5 counsel, and to consult with the clients in this regard.

6  Based on the above, it is respectfully requested that the currently-scheduled hearing be
7 continued as set forth above.

8  Dated:  March 16, 2011                    Respectfully submitted,

10                    /s/  Carl M. Faller_____
                     CARL M. FALLER
11                    Attorney for Defendant

                     BENJAMIN B. WAGNER
13                    United States Attorney

15              By   /s/ Stanley A. Boone____
                     STANLEY A. BOONE
16                    Assistant U.S. Attorney
                     Attorney for the United States

18  ORDER:

19  Based upon the stipulation of the parties and good cause appearing, it is hereby
20 ORDERED that the hearing currently set for March 18, 2011, at 9:00 am, be
21 continued to April 1, 2011 at 9:00 am.

23  It is further ORDERED that the time between March 18, 2011 and April 1, 2011 shall be
24 excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and
25 (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, to allow
26 ///
27 ///
28

defense counsel sufficient time to research the issues concerning possible conflict, to consult independent counsel, and to consult with the clients in this regard.

DATED:  March 17, 2011

/s/ Lawrence J. O'Neill_____  
LAWRENCE J. O'NEILL  
United States District Judge