BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SNEHA RAMESH MOHAMMADI, <br><br> Defendant. | CASE NO.: 1:11-CR-00026 LJO <br><br> STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND NAMED DEFENDANTS |

WHEREAS, the discovery in this case is voluminous and contains a large amount of protected personal information including but not limited to Social Security numbers, dates of birth, driver's license numbers, bank account numbers, telephone numbers, and residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is

1 appropriate.

2 THEREFORE, defendant Sneha Ramesh Mohammadi, by and through her
3 counsel of record ("Defense Counsel"), and plaintiff the United
4 States of America, by and through its counsel of record, hereby agree
5 and stipulate as follows:

6 1. This Court may enter protective orders pursuant to Rule
7 16(d) of the Federal Rules of Criminal Procedure, and its general
8 supervisory authority.

9 2. This Order pertains to all discovery provided to or made
10 available to Defense Counsel as part of discovery in this case
11 (hereafter, collectively known as "the discovery").

12 3. By signing this Stipulation and Protective Order, Defense
13 Counsel agree not to share any documents that contain Protected
14 Information with anyone other than Defense Counsel and designated
15 defense investigators and support staff. Defense Counsel
16 may permit each defendant to view unredacted documents in the
17 presence of his attorney, defense investigators, and support staff.
18 The parties agree that Defense Counsel, defense investigators, and
19 support staff shall not allow the defendants to copy Protected
20 Information contained in the discovery. The parties agree that
21 Defense Counsel, defense investigators, and support staff may provide
22 the defendants with copies of documents from which Protected
23 Information has been redacted.

24 4. The discovery and information therein may be used only in
25 connection with the litigation of this case and for no other purpose.
26 The discovery is now and will forever remain the property of the
27 United States Government. Defense Counsel will return the discovery
28 to the Government or certify that it has been shredded at the

conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his respective defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that a defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

DATED: 4/26/11    By: /s/ Carl M. Faller
                  CARL M. FALLER
                  Attorney for Defendant
                  SNEHA RAMESH MOHAMMADI

DATED: 4/29/11    BENJAMIN B. WAGNER
                  United States Attorney

                  By: /s/ Stanley A. Boone
                  STANLEY A. BOONE
                  KIRK E. SHERRIFF
                  Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   May 2, 2011**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

3