CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-226-1534
Fax: 559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
SNEHA MOHAMMEDI

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SNEHA MOHAMMEDI,<br><br>　　　　　Defendant. | Case No.:  1:11-cr-00026 LJO<br><br>WAIVER OF PERSONAL APPEARANCE BY SNEHA MOHAMMEDI |

　　　　Defendant Sneha Mohammedi hereby waives her right to be present in open court for the hearing of any motion or other proceeding in this matter, including, but not limited to, when the case is ordered set for trial, when a continuance is granted, and when any other action is taken by the court either before or after trial, except for an arraignment, plea, empanelment of a jury and imposition of sentence.

　　　　Defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, Carl M. Faller, in the same manner as if the defendant was personally present; and further agrees to be present in person in court ready for trial at any day and hour the court may fix in his absence.

　　　　Defendant further acknowledges that she has been informed of her rights under Title 18, United States code, Sections 3161 through 3174 (known as the Speedy Trial Act), and authorizes her attorney to set times and dates under the Act without defendant being present.

Dated:  May 17, 2011				/s/Sneha Mohammedi
						SNEHA MOHAMMEDI


Dated:  May 17, 2011				/s/Carl M. Faller
						CARL M. FALLER
						Attorney for Defendant
						Sneha Mohammedi


ORDER:

     The defendant's presence having been waived under the conditions set forth above, his personal presence is excused under those conditions.

1
2
3
4
5
6
7
8
9
10   IT IS SO ORDERED.
11
    Dated:   **May 18, 2011**                              **/s/ Lawrence J. O'Neill**
12                                                      UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28