CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com


Attorney for Defendant
SNEHA MOHAMMEDI

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-cr-00026 LJO |
| Plaintiff, | ORDER FOR BOND RECONVEYANCE TO FACILITATE SUBSTITUTION OF COLLATERAL |
| vs. | |
| SNEHA MOHAMMEDI, | |
| Defendant. | |

Based on a stipulation previously filed,

It is hereby ORDERED that the property bond previously filed, and described as follows:

Owner of Record:  Kenneth D. Clifton

Deed No.:  0211015242

be reconveyed for the sole and exclusive purpose of posting another deed of trust encumbering

the same property for the same amount.


IT IS SO ORDERED.

Dated:  **July 16, 2011**                      **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE