CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant
SNEHA MOHAMMADI

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>SNEHA MOHAMMADI,<br><br>    Defendant. | Case No.:  1:11-cr-0026 LJO<br><br>STIPULATION TO CONTINUE DATE FOR SENTENCING<br><br>Date:  June 9, 2014<br>Time:  8:30 am<br>Honorable Lawrence J. O'Neill |

It is hereby stipulated by and between the parties hereto, through their attorneys of record as follows:

The sentencing hearing in this matter is currently set for June 9, 2014 at 8:30 am.  It is respectfully stipulated and requested that the sentencing hearing be continued until July 14, 2014 at 8:30 am.  The reason for the continuance is that because of the schedule of counsel and the intervening trial of codefendant Julie Farmer, the interview with the Probation Officer could not be scheduled to take place until May 2, 2014.  The Probation Officer has indicated that the new date will allow him sufficient time for the completion of the Presentence Report.

 Dated:  April 30, 2014

                                    /s/  Carl M. Faller_____
                                    CARL M. FALLER
                                    Attorney for Defendant
                                    SNEHA MOHAMMADI

1
2
3         BENJAMIN B. WAGNER
          United States Attorney
4
5
          By: /s/ Kirk Sherriff____
6             KIRK SHERRIFF
              Assistant U.S. Attorney
7
8
9     ORDER:

10    Based upon the stipulation of the parties and good cause appearing, it is hereby

11 ORDERED that the defendant's sentencing hearing currently set for June 9, 2014 at 8:30

12 am, be continued until July 14, 2014 at 8:30 am.

13 .

14 IT IS SO ORDERED.

15
      Dated:   **April 30, 2014**              **/s/ Lawrence J. O'Neill**
16                                             UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28