1  CARL M. FALLER  SBN: 70788
   Attorney at Law
2  Post Office Box 912
   Fresno, CA 93714
3  Tel:  559-226-1534
   Fax:  559-412-4746
4  carl.faller@fallerdefense,com

5

6  Attorney for Defendant
   SNEHA MOHAMMADI

7

8             **IN THE UNITED STATED DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA,              ) Case No.:  1:11-cr-00026 LJO
                                            )
12 |        Plaintiff,                      ) STIPULATION AND ORDER TO
                                            ) CONTINUE DATE FOR SENTENCING
13 |   vs.                                  )
                                            ) Date:  July 14, 2014 2014
14 | SNEHA MOHAMMADI,                       ) Time:  8:30 am
                                            ) Honorable Lawrence J. O'Neill
15 |        Defendant.                      )

16         It is hereby stipulated by and between the parties hereto, through their attorneys of record

17 as follows:

18         The sentencing hearing in this matter is currently set for July 14, 2014 at 8:30 am.  It is

19 respectfully stipulated and requested that the sentencing hearing be continued until September

20 15, 2014 at 8:30 am.  The reason for the continuance is that the defendant has experienced health

21 over the past few weeks, which resulted, on one occasion, in her being taken to the hospital by

22 ambulance.  She is currently undergoing tests and evaluations to determine the cause of her

23 problems.  Her treating physician and cardiologist has recommended a CT scan to aid in the

24 diagnostic process, but delays in insurance approval have complicated scheduling this and other

25 tests.  The results of the medical tests and resulting diagnosis are matters defense counsel

26 believes should be presented to the court prior to sentencing, and a continuance of the sentencing

27 date is therefore necessary to accomplish that purpose.

28

The length of the continuance is required because defense counsel's spouse has recently been diagnosed with breast cancer and is being treated at University of California Medical Center in San Francisco.  She will undergo surgery in August, but has not been notified of the actual date.  Once the schedules of all medical personnel have been coordinated, the hospital will notify her of the date, which could be any time in the month of August.  The new sentencing date will allow the surgery to be performed and give defense counsel adequate time to compile the medical information concerning the defendant for presentation to the court.

It is therefore respectfully requested that the sentencing hearing currently set for July 14, 2014 at 8:30 am, be continued to September 15, 2014 at 8:30 am.

Dated:  July 9, 2014

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
SNEHA MOHAMMADI

BENJAMIN B. WAGNER
United States Attorney


By:  /s/ Kirk Sherriff____
KIRK SHERRIFF
Assistant U.S. Attorney


ORDER:

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's sentencing hearing currently set for July 14, 2014 at 8:30 am, be continued until September, 2014 at 8:30 am.


IT IS SO ORDERED.

Dated:  **July 9, 2014**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE