CARL M. FALLER  SBN: 70788
Attorney at Law
Post Office Box 912
Fresno, CA 93714
Tel:  559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
SNEHA MOHAMMADI

# IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SNEHA MOHAMMADI,<br><br>        Defendant. | Case No.: 1:11-cr-0026 LJO<br><br>STIPULATION TO CONTINUE<br>DATE FOR SENTENCING<br><br>Date:  September 15, 2014<br>Time:  8:30 am<br>Honorable Lawrence J. O'Neill |

It is hereby stipulated by and between the parties hereto, through their attorneys of record as follows:

The sentencing hearing in this matter is currently set for September 15, 2014 at 8:30 am. It is respectfully stipulated and requested that the sentencing hearing be continued until November 14, 2014 at 8:30 am.  The reason for the continuance is that the spouse and law partner of defense counsel has recently undergone breast cancer surgery at University of California Medical Center in San Francisco, and is presently recuperating in Napa, California, a process that has been complicated by the recent Napa earthquake.

Following recuperation from surgery, defense counsel's spouse will consult with a medical oncologist to determine what follow-up treatment will be necessary.  That consultation has not yet occurred.  The standard protocol in cases such as this is for the patient to undergo a course of radiation treatments, which will take from 5 to 8 weeks.  The treatments will be in San Francisco, and are administered 5 days per week. The proposed date should allow for the

completion of follow-up treatment and adequate opportunity for counsel to adequately prepare for the sentencing.

It is therefore respectfully requested that the sentencing hearing currently set for September 15, 2014 at 8:30 am, be continued to November 14, 2014 at 8:30 am.

Dated:  September 3, 2014

/s/  Carl M. Faller\
CARL M. FALLER\
Attorney for Defendant\
SNEHA MOHAMMADI

BENJAMIN B. WAGNER\
United States Attorney

By: /s/ Kirk Sherriff\
KIRK SHERRIFF\
Assistant U.S. Attorney

**ORDER**

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the defendant's sentencing hearing currently set for September 15, 2014 at 8:30 am, be continued until November 14, 2014 at 8:30 am.

IT IS SO ORDERED.

Dated:   **September 9, 2014**            **/s/ Sheila K. Oberto**\
UNITED STATES MAGISTRATE JUDGE