CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Tel:  559-679-4999
carl.faller@fallerdefense.com

Attorney for Defendant
SNEHA RAMESH MOHAMMEDI

# IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>SNEHA RAMESH MOHAMMEDI,<br><br>  Defendant. | Case No.: 1:11-cr-0026 LJO<br><br>REQUEST TO EXONERATE BOND WITH ORDER |

   Defendant Sneha Ramesh Mohammedi, by and through her attorney of record, Carl M. Faller, hereby requests that the following property posted as collateral in the above-referenced matter be exonerated and the Deed of Trust Returned.

   Owner of Record:  Kenneth D. Clifton, APN 110-260-05.

   Deed No. 000211115688 – Docket number 158, filed September 27, 2011.

   This request is based on the fact that defendant surrendered herself to the United States Bureau of Prisons prior to her surrender date of February 11, 2015 at Dublin, California.

Dated:  February 17, 2015                                             Respectfully submitted,


                                                                                          /s/ Carl M. Faller
                                                                                          CARL M. FALLER
                                                                                          Attorney for Defendant
                                                                                          SNEHA RAMESH MOHAMMEDI

ORDER:

    It is hereby ORDERED that the property bond posted in the above-entitled matter be exonerated and reconveyed to the party who posted it.

IT IS SO ORDERED.

    Dated:   **February 21, 2015**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE