# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**SNEHA MOHAMMADI,**<br><br>Defendant. | CASE NO. 1:11-CR-00026-4 LJO<br><br>**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 641)** |

The Court has received and reviewed the Defendant's Request for Early Termination of her Supervised Release. It is opposed by the United States Attorney's Office as well as by Probation.

Based on the amount of the loss to victims as compared to the amount paid, restitution has been minimal at best. In convictions of this nature, the restitution is a huge aspect of post-conviction activity. It has not occurred to a level that would justify the instant request.

Accordingly, the motion is DENIED.


IT IS SO ORDERED.

Dated:   __April 2, 2019__                        _____/s/ Lawrence J. O'Neill_____
                                                             UNITED STATES CHIEF DISTRICT JUDGE